UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

TERRY BOOKER,

                                  Petitioner,

                     -v-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTIONS, N. EDWARDS, WARDEN OF
PROGRAMS, ALLAN GOLDBERG, NEW YORK
CITY HEALTH + HOSPITALS,

                                  Respondent.

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 4, 2018

17-cv-7035 (KBF)

OPINION & ORDER

KATHERINE B. FORREST, District Judge:

On consent of plaintiff and defendants (see ECF Nos. 29, 33, 34), this matter is hereby referred for all purposes to the jurisdiction of the currently designated magistrate judge. All dates currently set in this matter are hereby ADJOURNED.

      SO ORDERED.

Dated:     New York, New York
            January 4, 2018

                                                KATHERINE B. FORREST
                                                United States District Judge

Copy to:
Terry Booker
17-R-1555
Greene Correctional Facility
P.O. Box 975
Coxsackie, NY 12051-0975